IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAONGOC T. VO, Derivatively on Behalf of C3.AI, INC., <br><br> Plaintiff, <br><br> vs. <br><br> THOMAS M. SIEBEL, PATRICIA A. HOUSE, LISA A. DAVIS, RICHARD LEVIN, MICHAEL G. MCCAFFERY, CONDOLEEZZA RICE, S. SHANKAR SASTRY, BRUCE SEWELL, JIM H. SNABE, STEPHEN M. WARD JR., EDWARD Y. ABBO, DAVID BARTER, HOUMAN BEHZADI, BRUCE CLEVELAND, AND BRADY MICKELSEN, <br><br> Defendants, <br><br> and, <br><br> C3.AI, INC., <br><br> Nominal Defendant. | Civil Action No: 1:23-cv-00428-CFC |

[~~PROPOSED~~] ORDER GRANTING
DEFENDANTS' UNOPPOSED MOTION TO TRANSFER

Having considered Defendants' Unopposed Motion to Transfer (the "Motion"), IT IS HEREBY ORDERED THAT:

1. The Motion is **GRANTED.**

2. The above-captioned action (the "Action") is hereby transferred to the United States District Court for the Northern District of California.

3. Defendants' deadline to respond to the Complaint in the Action is hereby stayed pending transfer of the Action to the United States District Court for the Northern District of California.

SO ORDERED this 3rd day of August, 2023.

_____
The Honorable Colm F. Connolly
United States District Court Judge